AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN ____ DISTRICT OF ____ TEXAS

UNITED STATES OF AMERICA
V.
Jorge Luis GARCIA, YOB: 1998, US

**CRIMINAL COMPLAINT**

CASE NUMBER: M-18-0957-M

United States District Court
Southern District of Texas
FILED

MAY 05 2018

, Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____May 4, 2018____ in ____Hidalgo____ county, in the ____Southern____ District of ____Texas____ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute approx. 98.2 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute approx. 98.2 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title ____21____ United States Code, Section(s) ____841 (a) (1), 846____

I further state that I am a(n) ____DEA Task Force Officer____ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: X Yes ____ No ____

Signature of Complainant
Eduardo Hernandez, DEA Task Force Officer

Submitted and sworn to via Reliable Electronic Media,

May 5, 2018
Date

J. Scott Hacker, U.S. Magistrate Judge
Name & Title of Judicial Officer

At McAllen, Texas
City and State

Signature of Judicial Officer

P.C. found 9:50 AM
5/5/18

On May 4, 2018, Border Patrol Agents were operating a camera from Weslaco Station Tactical Operation Center (TOC). At approximately 5:30 p.m., a BPA agent broadcasted over the radio that he observed a sedan traveling south on Tower Road from Military Highway. The BP Agent then advised that he observed several subjects emerging from the brush at the river levee and running toward a silver sedan. It should be noted that this area is approximately 0.3 miles north of the Rio Grande River.

BP agents reported observing what appeared to be subjects getting into the vehicle and subjects that remained on the border levee as the silver sedan sped north on Tower Road. Due to the fact that this area is notorious for both alien and narcotics smuggling, the BP Agent operating the camera relayed what he observed via radio for nearby units to respond.

At approximately 5:35 p.m. BP Agents observed a silver Chevrolet Cruze turning westbound onto Military Highway from Tower Road. When the vehicle approached F.M. 907, BP Agents activated the lights and sirens of their marked unit in order to perform an immigration inspection of the subjects inside the vehicle. The vehicle immediately pulled over onto the shoulder of F.M. 907 and came to a stop.

BP Agents approached the driver's side door on foot and through the vehicle rear window, they could see multiple large marijuana bundles in the backseat. The driver, later identified as Jorge Luis GARCIA, DOB: 01/10/1998, was arrested for drug smuggling. Once at the BP Weslaco Station, the three marijuana bundles yielded an official weight of approximately 98.2 kilograms.

Under Miranda advisement and waiver, GARCIA told DEA Agents that he accepted to transport the marijuana and was going to receive $1,000.00 USD upon delivery.